WILLIAM RESNICK, as a Stockholder of HEARN DEPARTMENT STORES, INC., Suing on Behalf of Himself and All Other Stockholders of HEARN DEPARTMENT STORES, INC., Similarly Situated and in the Right of HEARN DEPARTMENT STORES, INC., Respondent, v. HEARN DEPARTMENT STORES, INC., and Others, Appellants, Impleaded with Others, Defendants.— Appeal from order unanimously dismissed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HERMAN SCHIFF and ABRAHAM SCHIFF, Respondents, v. LOUIS POKRASS and BENJAMIN MAURER, Appellants.— Judgment unanimously affirmed, with costs to the respondents against the appellant Louis Pokrass. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

KATHRIN M. GRANT O'LEARY and CAROLIN SOPHIE GRANT THESIGER, Appellants, Respondents, v. DE FOREST GRANT, Sued Herein Individually and as Trustee under a Certain Trust Indenture, etc., Executed by CAROLINE A. GRANT and Others, and Others, Respondents, Appellants, and All the Other Persons Who as Assignees, Legatees, etc., Respondents, and EMILY BRINTON GRANT, Impleaded Defendant, Respondent, Appellant, and WILLIAM H. EDDY, as Executor, etc., of SOPHIE FOWLER GRANT, Deceased, and Others, Impleaded Defendants, Respondents, and BANKERS TRUST COMPANY, Intervenor, Respondent.— Interlocutory judgment, so far as appealed from, unanimously affirmed, with costs to all parties appearing by separate attorneys and filing separate briefs payable out of the fund. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JAMES JOHNSON, Respondent, v. JOHN CAMPION, Defendant, Impleaded with ANNIE CAMPION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BARBARA LEVIN, Appellant, v. HAROLD LEVIN, Respondent.— Judgment, so far as appealed from, affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant a new trial.

LEPEL HIGH FREQUENCY LABORATORIES, INC., Respondent, v. EMIL R. CAPITA, Appellant.— Order, denying defendant's motion for a new trial on the ground of newly-discovered evidence, unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn, and Callahan, JJ.

SAMUEL I. POSEN and Others, Respondents, v. J. CHEEVER COWDIN and Others, Defendants, Impleaded with WESTERN ELECTRIC Co., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant the motion on the ground that the allegations in paragraph " third " of the complaint are merely general conclusions instead of allegations of fact.